**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.

ROBERTO MEDINA,

              Plaintiff,

v.

MORSELIFE HOUSING CORPORATION, INC.

              Defendant.

## NOTICE OF REMOVAL

Defendant, Morselife Housing Corporation, Inc., by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, & 1446 and Rule 81(c) of the Federal Rules of Civil Procedure, hereby files this Notice of Removal removing this action from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.  As grounds for this removal, Defendant states as follows:

1.      Defendant, Morselife Housing Corporation, Inc., has been named as a party defendant in the case of *Robert Medina v. Morselife Housing Corporation, Inc.*, Case No. 50-2024-CA-007615-XXXA-MB, pending in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida.

2.      The original Complaint was filed in state court on August 12, 2024, an Amended Complaint was filed in state court on August 20, 2024, a Summons was filed and issued on August 22, 2024, and both Complaints were served on or about August 30, 2024.

3.      The Amended Complaint alleges violations of 42 U.S.C. Sec. 2000e et seq., Title VII of the Civil Rights Act of 1964 ("Title VII"), a federal law.  See Counts I, III, V, VII of the

Amended Complaint.  Because the alleged Title VII claims arise under the laws of the United States (i.e. they present a federal question), this action is properly removable to the United States District Court, Southern District of Florida, as this action is within the Court's original jurisdiction. See 28 U.S.C. §§ 1331 & 1441. In this regard, 28 U.S.C. § 1331 states: "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treatises of the United States."  Further, pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district or division embracing the place where such action is pending." Moreover, the Court has supplemental jurisdiction over the remaining claims alleged in the Complaint under the Florida Civil Rights Act (Counts II, IV, VI, and VIII), pursuant to 28 U.S.C. §1367(a), because they are so related to the claims within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

4.      This case is being timely removed to Federal Court within thirty (30) days of service, as provided in 28 U.S.C. § 1446(b).

5.      In accordance with the provisions of 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon the Defendant are attached hereto as Exhibit "A". Copies of all process, pleadings and orders filed with the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida are attached hereto as Exhibit "B".

6.      Written notice of the filing of this removal notice shall promptly be given to Plaintiff through his counsel, and a copy of this Notice of Removal shall promptly be filed with the Clerk of the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, in accordance with the provisions of 28 U.S.C. § 1446(d).

**WHEREFORE**, the Defendant respectfully removes this matter from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, Case No. 50-2024-CA-007615-XXXA-MB, to the United States District Court for the Southern District of Florida.

Respectfully submitted,

By: */s/ Arianne B. Suarez*
Neil F. McGuinness, Esquire
Florida Bar No. 0947237
Arianne B. Suarez, Esquire
Florida Bar No.: 143529
MCGUINNESS & CICERO
1000 Sawgrass Corporate Parkway, Suite 590
Sunrise, Florida 33323
Main: (954) 838-8832 / Fax: (954) 838-8842
Primary E-mail:      absuarez@mc-atty.com
Secondary E-mail:    jennifer.colina@mc-atty.com
                     eservice@dmc-atty.com
*Attorneys for Defendant*

3

## **CERTIFICATE OF SERVICE**

I certify that on September 19, 2024, I electronically filed the foregoing through the CM/ECF system and also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

By: /s/Arianne B. Suarez
Arianne B. Suarez, Esquire
Florida Bar No: 143529

<u>**SERVICE LIST**</u>

Alberto Naranjo, Esq.
AN LAW FIRM, P.A.
7900 Oak Lane, Ste #400
Miami Lakes, Florida 33016
Main: (305) 942-8070 / Fax: (305) 328-3884
Email: admin@anlawfirm.com
Email: AN@ANLawFirm.com
*Attorneys for Plaintiff, Roberto Medina*